UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

                VS.                    ORDER

SHANYRA BENNETT

                                CR. NO. 18-*130* (JBS)

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 19TH day of MARCH, 2018

ORDERED that the Federal Public Defender for the District of New Jersey, (Lisa Evans Lewis, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.

JEROME B. SIMANDLE
UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender